IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRIS FULKERSON                                                                             PLAINTIFF

v.                  NO. 3:17-cv-00065 PSH

NANCY A. BERRYHILL, Acting Commissioner                      DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 11th day of January, 2018.

                                                                              UNITED STATES MAGISTRATE JUDGE